Julius Edwards, Appellant, v. William L. Hogue, Respondent.— Judgment affirmed, with costs. All concurred; Spring, J., not sitting.

International Text Book Company, Appellant, v. Edward Connelly, Respondent.— Motion for leave to appeal to Court of Appeals granted.

Munroe Harris, Respondent, v. Arthur McMullen, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

George Warren, Appellant, v. James E. Swan, Respondent.— Appeal dismissed, with twenty dollars costs, upon stipulation filed.

---

## Third Department, November, 1910.

New York, Ontario and Western Railway Company, Appellant, v. Malcolm S. Crawford and Others, Respondents.

Appeal by the plaintiff from a judgment in favor of the defendants, entered in Delaware county clerk's office on the 27th of December, 1909, upon the report of a referee.

Per Curiam: The depot and the fence standing for many years on the east opposite it fairly locate the plaintiff's right of way. The premises sought to be acquired are described as contiguous and adjacent to said railroad, and it is diffi cult to see how it can be determined that they are not contiguous and adjacent. This part of the description necessarily controls the location. A reasonable effort to acquire the property failed. The judgment is, therefore, reversed upon the law and the facts, the referee discharged and a new trial granted, with costs to the appellant to abide the event. All concurred; Sewell, J., not sitting. Judgment reversed on law and facts, referee discharged and new trial granted, with costs to appellant to abide event.

---

Jabez Dwight Beardslee, Appellant, v. New Berlin Light and Power Company, Respondent.— Judgment unanimously affirmed, with costs.

James H. Cushing, Respondent, v. United Traction Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Vera May Cole, an Infant, by Elizabeth Leperle, Her Guardian ad Litem, Respondent, v. United Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs.

George L. Courtney, Respondent, v. Patrick J. McArdle, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Viola M. Cooney, an Infant under the Age of Fourteen Years, by John S. Cooney, Her Guardian ad Litem, Appellant, v. United Traction Company, Respondent.— Judgment and order unanimously affirmed, with costs.

Sarah M. Dickinson v. Joseph A. Powers and Others.— Motion denied.

Amelia Di Domenico, as Administratrix, etc., of Salvatore Di Domenico, Deceased, Respondent, v. The New York Central and Hudson River Railroad